IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERTO J. BLANDINO, | ) | No. C 11-4807 JSW (PR) |
| Plaintiff, | ) ) | **ORDER DENYING DEFENDANT'S REQUEST FOR STATUS CONFERENCE; DIRECTING DEFENDANT TO COMPLY WITH ORDER OF SERVICE; DENYING APPOINTMENT OF COUNSEL** |
| v. | ) ) ) | |
| UNITED STATES; DOES 1-10, | ) ) | |
| Defendant. | ) ) | **(Docket No. 3)** |
| _____ | ) | |

Plaintiff, a detainee of the United States Customs Enforcement ("ICE"), filed this complaint under the Federal Tort Claims Act. On October 26, 2011, the Court found that the complaint stated a cognizable claim for relief and ordered the United States Marshal to serve the complaint upon Defendant. Defendant was served on November 1, 2011, and filed an answer on December 22, 2011. The Order of Service also required Defendant, within ninety days, either to file a dispositive motion or notify the Court that it is of the opinion that this case cannot be resolved by such a motion. Defendant has done neither despite the fact that the deadline for doing so passed approximately sixty days ago. Instead, Defendant has filed a "request to be placed on the Court's regular case management calendar and to set this matter for an initial case management

conference." That is not one of the options Defendant was ordered to elect, however, nor is such a course preferable in a case such as this in which the Plaintiff is incarcerated and proceeding pro se.

Defendant shall comply with the Order of Service within **14 days** of the date this order is filed. If additional time is needed, Defendant shall, in accordance with the instructions in the Order of Service, file a motion for an extension of time no later than **five days** prior to the deadline sought to be extended. Such a motion must be supported by a showing of good cause for the requested time extension.

Plaintiff's motion for appointment of counsel (docket number 3) is DENIED for want of exceptional circumstances. The Court may reconsider this motion sua sponte should the circumstances of the case materially change.

IT IS SO ORDERED.

DATED:  April 4, 2012

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| ROBERTO X BLANDINO, | Case Number: CV11-04807 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. |   |
| UNITED STATES et al, |   |
| Defendant. |   |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto X. Blandino
077 223 173
41777 Grimmer Blvd F1
Fremont, CA 94538

Dated: April 4, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk