IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO J. BLANDINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES; DOES 1-10,<br><br>　　　　Defendant.<br>_____ | No. C 11-4807 JSW (PR)<br><br>**ORDER SCHEDULING<br>DISPOSITIVE MOTION** |

　　　Defendant has filed a notice that it cannot file a dispositive motion "at this juncture without further developing the record." The last day Defendant may file a dispositive motion in this case is **June 15, 2012**.[1] Defendant may not simply file a notice that it is not yet ready to file a dispositive motion by that date because the record has not been sufficiently developed. Discovery has been allowed in this case since November 1, 2011, and Defendant shall develop the record to whatever extent it deems necessary for preparing and filing by the deadline.

　　　If Defendant needs additional time to prepare and file a dispositive motion, Defendant shall file a motion for an extension of time no later than **five days** prior to the deadline sought to be extended. Such a motion must be supported by a showing of good

---

[1] Defendant states that Plaintiff was removed to Nicaragua on November 15, 2011. In any dispositive motion they file, Defendant shall address what effect that fact has, if any, on Plaintiff's claims.

cause for the requested time extension and specify how much additional time is needed.

If Defendant does not file either a dispositive motion or a motion to extend time by the deadlines set forth above, the case will be set for trial, Defendant will not have a further opportunity to file a dispositive motion, and if necessary counsel will be appointed for Plaintiff.

Plaintiff's opposition, if any, to the Defendant's dispositive motion is due within **30 days** of the date the opposition motion is filed, and Defendant **shall** file a reply brief within **14 days** of the date the opposition is filed.  The other provisions of the November 1, 2011, Order of Service remain in effect to the extent they are not in conflict with this order.

IT IS SO ORDERED.

DATED: April 18, 2012

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

ROBERTO X BLANDINO,                          Case Number: CV11-04807 JSW

      Plaintiff,                          **CERTIFICATE OF SERVICE**

  v.

UNITED STATES et al,

      Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto X. Blandino 077 223 173
41777 Grimmer Blvd F1
Fremont, CA 94538

Dated: April 18, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk