IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO J. BLANDINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES; DOES 1-10,<br><br>　　　　Defendant.<br>_____ | No. C 11-4807 JSW (PR)<br><br>**ORDER GRANTING<br>EXTENSION OF TIME**<br><br><br>(Docket No. 20) |

　　　Good cause appearing, Plaintiff's motion for an extension of time to file an opposition to Defendant's motion for summary judgment is GRANTED. The opposition is due on or before **August 15, 2012**. The reply brief is due on or before **August 29, 2012**. No hearing will be held on the motion.

　　　Counsel has specially appeared on behalf of Plaintiff, who is currently proceeding pro se. If counsel wishes to make any further appearances in this matter, he must first file a notice of substitution of counsel indicating that he is representing Plaintiff in this matter.

　　　IT IS SO ORDERED.

DATED: July 9, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　United States District Judge